UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
\_\_\_\_\_

LANCE MCNEAL,

        Plaintiff,                    Case No. 1:20-cv-596

v.                                      Honorable Paul L. Maloney

RAYMOND HARGETT et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:  September 1, 2020                /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          United States District Judge