UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LANCE MCNEAL #302062,<br>        Plaintiff,<br><br>v.<br><br>RAYMOND HARGETT, *et al.*,<br>        Defendants. | No. 1:20-cv-596<br><br>Honorable Paul L. Maloney |

## JUDGMENT

This Court has resolved all pending claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS**.

**THIS ACTION IS TERMINATED**.

**IT IS SO ORDERED**.

Date: July 3, 2023                                  /s/ Paul L. Maloney
                                                                                        Paul L. Maloney
                                                                                        United States District Judge